```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF PUERTO RICO


    IN RE:                              CASE NO. 11-07148-MCF
    CARLOS ROBERTO NEGRON PADILLA
                                            CHAPTER 13

    DEBTOR (S)
```

                       NOTICE OF CONTINUANCE OF
                       341 MEETING OF CREDITORS


TO ALL PARTIES IN INTEREST:


    The section 341 meeting of creditors scheduled for

Wed Sep 28, 2011 at  1:00 pm has been continued to

Fri Nov 18, 2011 at  1:00 pm at Ochoa Bldg., Tanca St., 1Fl.,

Comercio St. Entrance, San Juan PR 00901.


    In San Juan, Puerto Rico this,Wednesday, October 5, 2011.


    I CERTIFY that on this same date I have mailed a true copy of

this notice to debtor, debtor's attorney and all parties in interest

as per master address list.


```
                              /s/ Jose R. Carrion
                              Office of Jose R. Carrion
                              Chapter 13 Trustee
                              PO Box 9023884, Old San Juan Station
                              San Juan, PR  00902-3884
                              Tel. (787) 977-3535
```

The undersigned hereby certifies that a true copy of the foregoing document was
mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| JUAN O CALDERON LITHGOW*<br>PO BOX 1710<br>VEGA BAJA, PR 00694-1710 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE. | CARLOS ROBERTO NEGRON PADILLA<br>HC 01 BOX 3297<br>COROZAL, PR 00783 |
| ASUME<br>PO BOX 71414<br>SAN JUAN, PR 00936-8514 | BANCO POPULAR<br>PO BOX 713575<br>SAN JUAN, PR 00936-7077 |
| CITIFINANCIAL<br>P.O. BOX 71328<br>SAN JUAN, PR 00936-8428 | DEPTO DE LA VIVIENDA<br>MYRIAM RIOS MATOS<br>CARR 159 ABRA PORTUGUEZ, KM 1.2<br>COROZAL, PR 00783 |
| DEPTO. DE HACIENDA<br>SECC CERTIFICACION<br>BOX 4515, OFIC 405<br>SAN JUAN, PR 00936 | First Bank<br>PO Box 13817<br>San Juan, PR 00908-3817 |
| INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURE RM 912<br>MERC. PLAZA BLDG 27 1/2<br>SAN JUAN, PR 00918 | JENNIFER M. DIAZ GUTIERREZ<br>BAEZ & JUARBE<br>NUM 444 AV CESAR GONZALEZ<br>SAN JUAN, PR 00918 |
| JENNIFER M. DIAZ GUTIERREZ<br>BAEZ & JUARBE<br>NUM 444 AVE CESAR GONZALEZ<br>SAN JUAN, PR 00918 | JOAN MOLINA MOTTA<br><br>, 00000 |
| JOHANNA GILOT OPPENHEIMER<br>PO BOX 369<br>CATANO, PR 00963 | PRASA<br>PO BOX 14580<br>SAN JUAN, PR 00916-4580 |
| PREPA<br>P.O.BOX 363508<br>SAN JUAN, PR 00936 | RICARDO O MARQUEZ<br>APT C, CARR 159, HM 0<br>COROZAL, PR 00783 |

DATED:  October 05, 2011

OLGA SOSA

OFFICE OF THE CHAPTER 13 TRUSTEE